No. 83-2076. POLLARD *v.* BOARD OF POLICE COMMISSIONERS ET AL. Sup. Ct. Mo. Certiorari denied. JUSTICE BRENNAN,

JUSTICE MARSHALL, and JUSTICE POWELL would grant certiorari.